# EXHIBIT NO. 3A

## GEICO'S DAMAGES CHART
### EXHIBIT 3A

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | BARRON CHIRO BILLED AMOUNT | GEICO PAID AMOUNT TO BARRON CHIRO |
|---|---|---|---|---|---|---|
| 0203339060101018 | 02 | TB | RH | 7/22/13 | $1,275.00 | $1,275.00 |
| 0338724560101014 | 01 | KH | KNH | 4/13/10 | $4,620.00 | $4,620.00 |
| 0368739180101031 | 02 | EJD | PJD | 6/14/10 | $3,695.00 | $3,905.00 |
| 0373243040101045 | 02 | JM | DM | 5/10/10 | $3,575.00 | $2,000.00 |
| 0373440140101053 | 01 | TB | TB | 12/15/14 | $1,105.00 | $1,090.00 |
| 0373440140101053 | 02 | TB | CB | 12/15/14 | $900.00 | $885.00 |
| 0376510230101077 | 02 | EO | EO | 9/5/12 | $3,425.00 | $2,370.00 |
| 0376510230101085 | 01 | EO | EO | 10/30/12 | $2,625.00 | $2,060.00 |
| 0376510230101085 | 05 | EO | NO | 10/30/12 | $2,415.00 | $2,080.00 |
| 0378729180101089 | 02 | BY | JL | 11/25/12 | $535.00 | $510.00 |
| 0379742340101120 | 01 | AA | AA | 8/12/15 | $3,715.00 | $3,703.00 |
| 0379742340101120 | 04 | AA | JN | 8/12/15 | $2,045.00 | $2,000.00 |
| 0380050970101015 | 01 | GC | GC | 5/25/10 | $2,530.00 | $2,430.00 |
| 0380267880101055 | 02 | JA | SS | 1/24/15 | $5,705.00 | $260.00 |
| 0381190390101044 | 01 | CT | CT | 10/21/13 | $4,220.00 | $2,095.00 |
| 0382021270101011 | 01 | MR | MR | 2/27/12 | $3,225.00 | $3,165.00 |
| 0382035610101077 | 01 | FV | FAV | 1/19/12 | $2,065.00 | $1,655.00 |
| 0382324590101046 | 01 | BA | BAA | 7/2/11 | $2,280.00 | $1,970.00 |
| 0382759980101108 | 02 | CP | AJ | 5/5/14 | $5,065.00 | $5,200.00 |
| 0382834410101034 | 01 | JC | JAC | 9/2/12 | $6,370.00 | $6,014.25 |
| 0383601030101010 | 02 | SWG | SG | 7/1/10 | $3,955.00 | $3,730.00 |
| 0383601030101010 | 03 | SWG | SG | 7/1/10 | $4,765.00 | $4,785.00 |
| 0384193770101037 | 02 | CB | DO | 12/31/11 | $2,075.00 | $2,075.00 |
| 0384193770101037 | 03 | CB | DP | 12/31/11 | $845.00 | $845.00 |
| 0384334090101022 | 01 | FG | FG | 6/23/14 | $2,180.00 | $0.00 |
| 0384400310101025 | 01 | CB | CB | 2/1/13 | $4,130.00 | $3,855.00 |
| 0386265320101069 | 02 | SF | AD | 11/12/10 | $7,805.00 | $7,630.00 |
| 0386913030101040 | 03 | CS | OD | 10/4/11 | $5,100.00 | $5,050.00 |
| 0387911020101011 | 01 | AT | ART | 5/21/10 | $3,335.00 | $5,290.02 |
| 0388996020101052 | 01 | EY | EY | 12/17/11 | $2,645.00 | $2,620.00 |
| 0389947150101023 | 01 | RP | RP | 11/16/12 | $4,520.00 | $3,700.00 |
| 0390977090101038 | 03 | LGR | MG | 10/27/11 | $3,569.00 | $3,500.00 |
| 0392648390101089 | 01 | MD | MD | 4/10/15 | $4,620.00 | $4,620.00 |
| 0394156600101012 | 01 | MM | MRM | 10/14/10 | $4,340.00 | $4,340.00 |

# GEICO'S DAMAGES CHART
## EXHIBIT 3A

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | BARRON CHIRO BILLED AMOUNT | GEICO PAID AMOUNT TO BARRON CHIRO |
|---|---|---|---|---|---|---|
| 0394156600101046 | 01 | MM | MM | 10/15/12 | $3,370.00 | $3,275.00 |
| 0394615780101027 | 01 | GM | GM | 6/18/13 | $2,075.00 | $2,000.00 |
| 0394615780101027 | 02 | GM | EM | 6/18/13 | $650.00 | $650.00 |
| 0395719400101166 | 01 | NW | NW | 5/19/12 | $5,035.00 | $3,565.00 |
| 0395719400101166 | 02 | NW | SG | 5/19/12 | $2,815.00 | $2,540.00 |
| 0395982220101010 | 01 | GP | GAP | 12/17/10 | $4,120.00 | $4,120.00 |
| 0395982220101010 | 02 | GP | RCP | 12/17/10 | $2,945.00 | $2,945.00 |
| 0397224400101017 | 02 | LC | GT | 6/26/12 | $3,675.00 | $3,650.00 |
| 0398072460101024 | 02 | AR | DM | 7/14/11 | $6,379.00 | $6,379.00 |
| 0398072460101024 | 03 | AR | AS | 7/14/11 | $1,215.00 | $1,215.00 |
| 0398072460101024 | 04 | AR | BR | 7/14/11 | $6,004.00 | $6,107.75 |
| 0401387860101019 | 01 | ME | ME | 5/15/11 | $4,760.00 | $2,265.00 |
| 0401387860101019 | 02 | ME | RJ | 5/15/11 | $4,365.00 | $2,435.00 |
| 0402243710101015 | 01 | UH | UH | 10/9/10 | $4,405.00 | $4,405.00 |
| 0405060690101022 | 02 | LCC | LMJ | 8/13/11 | $3,960.00 | $3,805.00 |
| 0407736700101015 | 01 | MB | MB | 9/29/11 | $2,780.00 | $2,780.00 |
| 0408369810101037 | 02 | MS | JFC | 5/3/15 | $5,520.00 | $3,134.35 |
| 0408369810101037 | 05 | MS | LP | 5/3/15 | $3,820.00 | $0.00 |
| 0408389730101016 | 02 | GA | ARJ | 2/7/11 | $2,580.00 | $2,105.00 |
| 0408389730101016 | 03 | GA | GO | 2/7/11 | $2,680.00 | $2,680.00 |
| 0408389730101016 | 04 | GA | LM | 2/7/11 | $2,935.00 | $2,935.00 |
| 0410072620101017 | 01 | VS | VS | 5/25/11 | $3,255.00 | $3,255.00 |
| 0410072620101116 | 01 | VS | VS | 10/11/14 | $2,125.00 | $2,125.00 |
| 0412222400101038 | 01 | MJ | MJ | 3/2/15 | $3,110.00 | $1,688.00 |
| 0412222400101038 | 02 | MJ | MH | 3/2/15 | $1,815.00 | $0.00 |
| 0412222400101038 | 03 | MJ | LJ | 3/2/15 | $3,335.00 | $0.00 |
| 0413901610101024 | 01 | SP | SP | 1/12/12 | $2,245.00 | $2,070.00 |
| 0415282640101054 | 01 | ED | ED | 11/10/15 | $4,000.00 | $4,000.00 |
| 0415462700101018 | 02 | RR | AHR | 5/5/11 | $3,625.00 | $3,625.00 |
| 0415462700101059 | 01 | RR | RR | 11/25/11 | $2,275.00 | $0.00 |
| 0415824800101026 | 03 | RB | RT | 6/9/11 | $3,805.00 | $3,805.00 |

GEICO'S DAMAGES CHART
EXHIBIT 3A

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | BARRON CHIRO BILLED AMOUNT | GEICO PAID AMOUNT TO BARRON CHIRO |
|---|---|---|---|---|---|---|
| 0416010150101019 | 01 | LJ | LJ | 12/14/14 | $3,330.00 | $0.00 |
| 0416010150101019 | 03 | LJ | LJ | 12/14/14 | $3,330.00 | $0.00 |
| 0416010150101019 | 04 | LJ | RJ | 12/14/14 | $3,365.00 | $0.00 |
| 0416010150101019 | 05 | LJ | RJ | 12/14/14 | $2,305.00 | $0.00 |
| 0416010150101019 | 07 | LJ | LJ | 12/14/14 | $2,285.00 | $0.00 |
| 0419893790101011 | 01 | DE | DE | 1/13/12 | $4,450.00 | $2,755.00 |
| 0419893790101011 | 02 | DE | JB | 1/13/12 | $3,255.00 | $1,540.00 |
| 0420935130101016 | 01 | GJB | GJB | 6/3/11 | $3,175.00 | $3,175.00 |
| 0421840610101016 | 01 | MJ | MJ | 9/7/11 | $3,740.00 | $4,137.09 |
| 0423040290101026 | 02 | FFL | MC | 10/19/12 | $3,375.00 | $1,900.00 |
| 0423270820101010 | 01 | LJM | LJM | 1/23/12 | $3,515.00 | $3,439.37 |
| 0423760590101034 | 01 | ET | ET | 11/22/13 | $5,715.00 | $5,510.00 |
| 0425155320101024 | 02 | HD | KP | 7/7/14 | $400.00 | $0.00 |
| 0425155320101024 | 04 | HD | PP | 7/7/14 | $905.00 | $0.00 |
| 0429832250101069 | 07 | AB | RB | 2/7/14 | $5,045.00 | $5,005.00 |
| 0430077770101036 | 01 | RG | RG | 8/4/13 | $8,235.00 | $6,508.54 |
| 0430077770101036 | 02 | RG | CGC | 8/4/13 | $3,865.00 | $3,840.00 |
| 0430077770101036 | 07 | RG | MR | 8/4/13 | $1,515.00 | $1,490.00 |
| 0430077770101036 | 10 | RG | PG | 8/4/13 | $2,800.00 | $1,693.46 |
| 0431962470101015 | 03 | IJ | MJ | 12/9/14 | $5,770.00 | $4,080.00 |
| 0432475500101037 | 01 | LL | LL | 10/23/14 | $3,920.00 | $0.00 |
| 0433841500101013 | 01 | CJ | CJ | 9/8/15 | $1,585.00 | $0.00 |
| 0436802700101036 | 02 | MC | SWG | 8/8/15 | $6,380.00 | $6,225.00 |
| 0436802700101036 | 05 | MC | JG | 8/8/15 | $3,455.00 | $3,455.00 |
| 0439780290101037 | 01 | AA | AA | 11/27/13 | $4,910.00 | $0.00 |
| 0439780290101037 | 02 | AA | TP | 11/27/13 | $1,380.00 | $1,365.00 |
| 0442725290101037 | 02 | IL | RP | 5/9/14 | $4,420.00 | $4,405.00 |
| 0446015830101028 | 02 | MS | DC | 5/6/13 | $4,328.75 | $4,328.75 |
| 0446015830101051 | 02 | MS | DC | 4/23/14 | $4,500.00 | $4,485.00 |
| 0453525940101056 | 02 | AV | TV | 8/24/15 | $795.00 | $795.00 |
| 0457655460101032 | 01 | EP | EP | 6/16/14 | $3,950.00 | $3,000.00 |

# GEICO'S DAMAGES CHART
## EXHIBIT 3A

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | BARRON CHIRO BILLED AMOUNT | GEICO PAID AMOUNT TO BARRON CHIRO |
|---|---|---|---|---|---|---|
| 0457655460101040 | 01 | EP | EP | 9/30/14 | $1,500.00 | $1,500.00 |
| 0460387900101035 | 02 | RB | JD | 10/3/14 | $930.00 | $0.00 |
| 0464583050101017 | 02 | ACM | YC | 1/4/14 | $5,405.00 | $5,305.00 |
| 0464583050101017 | 03 | ACM | PG | 1/4/14 | $4,800.00 | $4,800.00 |
| 0464583050101017 | 04 | ACM | MS | 1/4/14 | $6,270.00 | $5,785.00 |
| 0464690810101011 | 01 | SC | SC | 5/20/13 | $3,330.00 | $3,330.00 |
| 0465548730101058 | 01 | MB | MB | 7/23/13 | $2,235.00 | $0.00 |
| 0466417070101012 | 01 | JJ | JJ | 9/10/13 | $700.00 | $700.00 |
| 0466417070101012 | 02 | JJ | CJ | 9/10/13 | $1,860.00 | $1,393.00 |
| 0469332490101038 | 01 | KB | KB | 12/3/14 | $3,525.00 | $0.00 |
| 0469807890101050 | 01 | RS | RS | 1/13/15 | $3,251.00 | $0.00 |
| 0469807890101084 | 01 | RS | RS | 4/14/15 | $2,775.00 | $1,646.16 |
| 0469807890101084 | 02 | RS | GK | 4/14/15 | $2,296.00 | $2,270.00 |
| 0471353250101071 | 01 | EF | EF | 3/15/15 | $4,580.00 | $2,000.00 |
| 0472041240101017 | 01 | LM | LM | 12/2/13 | $2,735.00 | $2,720.00 |
| 0474064440101015 | 01 | DP | DP | 5/18/13 | $2,730.00 | $2,655.00 |
| 0474064440101015 | 02 | DP | FJ | 5/18/13 | $1,600.00 | $1,550.00 |
| 0475279400101024 | 01 | KC | KC | 9/13/13 | $1,465.00 | $1,465.00 |
| 0475472160101025 | 01 | PVR | PVR | 8/16/13 | $4,360.00 | $3,777.50 |
| 0475803110101014 | 01 | RL | RL | 3/21/15 | $1,340.00 | $0.00 |
| 0475803110101014 | 03 | RL | FE | 3/21/15 | $1,270.00 | $0.00 |
| 0475803110101014 | 04 | RL | JL | 3/21/15 | $1,305.00 | $0.00 |
| 0476346950101016 | 01 | RR | RR | 9/9/13 | $3,640.00 | $3,410.00 |
| 0477041200101028 | 02 | RJ | SR | 9/1/13 | $2,760.00 | $2,325.00 |
| 0483110030101011 | 04 | RB | LM | 5/1/14 | $6,715.00 | $6,565.00 |
| 0484615150101012 | 01 | JN | JN | 1/7/14 | $4,690.00 | $0.00 |
| 0485084120101017 | 04 | LSF | RSJ | 6/3/14 | $1,735.00 | $0.00 |
| 0486894440101029 | 03 | BFA | MS | 1/23/14 | $7,420.00 | $6,018.90 |
| 0487841940101016 | 01 | SN | SN | 11/22/14 | $5,220.00 | $5,125.00 |
| 0488131760101018; 0488131760101026 | 01 | RF | RF | 11/19/13; 11/21/13 | $3,325.00 | $2,820.00 |
| 0488131760101018; 0488131760101026 | 03 | RF | BB | 11/19/13; 11/21/13 | $1,545.00 | $1,505.00 |

GEICO'S DAMAGES CHART
EXHIBIT 3A

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | BARRON CHIRO BILLED AMOUNT | GEICO PAID AMOUNT TO BARRON CHIRO |
|---|---|---|---|---|---|---|
| 0488131760101018; 0488131760101026 | 05 | RF | JBL | 11/19/13; 11/21/13 | $3,115.00 | $3,115.00 |
| 0488306690101011 | 02 | AB | LJ | 11/1/14 | $1,440.00 | $770.00 |
| 0489226240101015 | 02 | AH | LP | 11/4/14 | $5,700.00 | $5,685.00 |
| 0489285160101074 | 06 | KB | LM | 8/23/15 | $5,750.00 | $2,000.00 |
| 0489986520101015 | 01 | JA | JA | 2/28/14 | $3,030.00 | $3,030.00 |
| 0489986520101015 | 05 | JA | RA | 2/28/14 | $2,680.00 | $2,680.00 |
| 0489986520101015 | 06 | JA | RA | 2/28/14 | $2,785.00 | $2,785.00 |
| 0493628330101017 | 02 | AN | EA | 2/27/14 | $6,270.00 | $2,000.00 |
| 0494828930101032 | 02 | GW | KW | 5/19/15 | $3,120.00 | $3,050.00 |
| 0494828930101032 | 03 | GW | MA | 5/19/15 | $4,855.00 | $4,855.00 |
| 0496873240101015 | 04 | SW | RM | 5/11/14 | $4,060.00 | $1,225.00 |
| 0497776430101027 | 01 | EA | EA | 10/7/15 | $3,645.00 | $3,645.00 |
| 0497969740101015 | 02 | SF | RFS | 2/14/15 | $3,290.00 | $3,250.00 |
| 0498428820101014 | 01 | SB | SB | 9/20/14 | $3,270.00 | $1,149.49 |
| 0499766170101012 | 01 | JM | JM | 10/4/14 | $1,405.00 | $768.92 |
| 0501925360101028 | 01 | BL | BL | 2/19/15 | $2,525.00 | $0.00 |
| 0501925360101044 | 01 | BL | BL | 9/10/15 | $5,650.00 | $1,800.00 |
| 0501925360101044 | 02 | BL | EG | 9/10/15 | $3,815.00 | $3,815.00 |
| 0501973630101048 | 03 | JM | FJ | 2/10/15 | $725.00 | $725.00 |
| 0502790800101031 | 02 | RP | YS | 10/5/14 | $2,840.00 | $2,157.50 |
| 0505513010101022 | 01 | JP | JJP | 7/26/15 | $5,680.00 | $4,718.66 |
| 0506590080101024 | 01 | NG | NG | 9/30/14 | $3,905.00 | $0.00 |
| 0507804860101016 | 01 | FV | FV | 5/15/15 | $2,070.00 | $2,070.00 |
| 0509586890101011 | 01 | JG | JG | 12/12/14 | $1,840.00 | $1,840.00 |
| 0511399690101025 | 01 | RJ | RJ | 2/21/15 | $765.00 | $0.00 |
| 0511658800101021 | 01 | MR | MR | 12/14/14 | $3,410.00 | $1,650.06 |
| 0511658800101021 | 05 | MR | SR | 12/14/14 | $3,475.00 | $3,475.00 |
| 0513693300101013 | 02 | AM | XM | 1/8/15 | $5,635.00 | $0.00 |
| 0513693300101013 | 04 | AM | DJ | 1/8/15 | $7,100.00 | $0.00 |
| 0513778000101015 | 01 | CK | CK | 10/14/14 | $4,225.00 | $4,210.00 |
| 0514788520101030 | 01 | LE | LE | 7/28/15 | $3,555.00 | $3,520.00 |
| 0514788520101030 | 03 | LE | JD | 7/28/15 | $330.00 | $330.00 |
| 0514882650101025 | 01 | MS | MS | 6/15/15 | $4,080.00 | $4,080.00 |
| 0516050280101017 | 04 | FFL | JS | 5/30/15 | $2,190.00 | $0.00 |
| 0519022160101018 | 01 | BW | BW | 3/15/15 | $3,320.00 | $0.00 |
| 0519975090101020 | 03 | NC | SD | 11/8/15 | $2,560.00 | $2,560.00 |

GEICO'S DAMAGES CHART
EXHIBIT 3A

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | BARRON CHIRO BILLED AMOUNT | GEICO PAID AMOUNT TO BARRON CHIRO |
|---|---|---|---|---|---|---|
| 0520222870101038 | 01 | CJ | CJ | 5/29/15 | $5,505.00 | $5,505.00 |
| 0523090160101019 | 01 | FR | FR | 1/25/15 | $2,720.00 | $2,557.50 |
| 0523090160101019 | 03 | FR | OG | 1/25/15 | $760.00 | $760.00 |
| 0523090160101019 | 04 | FR | EA | 1/25/15 | $2,860.00 | $2,860.00 |
| 0524004550101025 | 02 | NS | NDA | 10/13/15 | $2,480.00 | $0.00 |
| 0525035630101014 | 01 | LSF | SL | 4/7/15 | $4,615.00 | $1,430.00 |
| 0525162790101012 | 01 | BA | BA | 2/13/15 | $835.00 | $0.00 |
| 0525162790101012 | 02 | BA | BP | 2/13/15 | $580.00 | $0.00 |
| 0525162790101012 | 06 | BA | IP | 2/13/15 | $540.00 | $0.00 |
| 0525821350101015 | 01 | MF | MF | 6/15/15 | $4,105.00 | $0.00 |
| 0526996820101016 | 01 | NL | NL | 8/10/15 | $1,095.00 | $0.00 |
| 0526996820101016 | 05 | NL | TE | 8/10/15 | $940.00 | $0.00 |
| 0532795150101022 | 01 | RJ | RJ | 10/29/15 | $5,105.00 | $5,105.00 |
| 0537437870101017 | 02 | TN | TV | 7/2/15 | $3,455.00 | $0.00 |
| 0537437870101017 | 03 | TN | AT | 7/2/15 | $3,135.00 | $0.00 |
| TOTAL | | | | | $591,102.75 | $421,861.27 |

6

# EXHIBIT NO. 3B

GEICO'S DAMAGES CHART - INVESTIGATION EXPENSES
EXHIBIT 3B

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | COST OF IME'S (EXPERT FEES) | COST OF INTERPRETERS | COST OF COURT REPORTERS / TRANSCRIPTIONS |
|---|---|---|---|---|---|---|---|
| 0203339060101018 | 02 | TB | RH | 7/22/13 | $0.00 | $0.00 | $0.00 |
| 0338724560101014 | 01 | KH | KNH | 4/13/10 | $0.00 | $0.00 | $308.70 |
| 0368739180101031 | 02 | EJD | PJD | 6/14/10 | $0.00 | $0.00 | $0.00 |
| 0373243040101045 | 02 | JM | DM | 5/10/10 | $0.00 | $190.00 | $147.00 |
| 0373440140101053 | 01 | TB | TB | 12/15/14 | $0.00 | $0.00 | $0.00 |
| 0373440140101053 | 02 | TB | CB | 12/15/14 | $0.00 | $0.00 | $0.00 |
| 0376510230101077 | 02 | EO | EO | 9/5/12 | $0.00 | $0.00 | $0.00 |
| 0376510230101085 | 01 | EO | EO | 10/30/12 | $0.00 | $0.00 | $0.00 |
| 0376510230101085 | 05 | EO | NO | 10/30/12 | $0.00 | $0.00 | $0.00 |
| 0378729180101089 | 02 | BY | JL | 11/25/12 | $365.00 | $0.00 | $290.00 |
| 0379742340101120 | 01 | AA | AA | 8/12/15 | $778.00 | $0.00 | $0.00 |
| 0379742340101120 | 04 | AA | JN | 8/12/15 | $385.00 | $0.00 | $0.00 |
| 0380050970101015 | 01 | GC | GC | 5/25/10 | $0.00 | $0.00 | $0.00 |
| 0380267880101055 | 02 | JA | SS | 1/24/15 | $145.00 | $0.00 | $0.00 |
| 0381190390101044 | 01 | CT | CT | 10/21/13 | $385.00 | $0.00 | $0.00 |
| 0382021270101011 | 01 | MR | MR | 2/27/12 | $125.00 | $0.00 | $0.00 |
| 0382035610101077 | 01 | FV | FAV | 1/19/12 | $0.00 | $0.00 | $0.00 |
| 0382324590101046 | 01 | BA | BAA | 7/2/11 | $445.00 | $0.00 | $0.00 |
| 0382759980101108 | 02 | CP | AJ | 5/5/14 | $0.00 | $0.00 | $0.00 |
| 0382834410101034 | 01 | JC | JAC | 9/2/12 | $0.00 | $0.00 | $0.00 |
| 0383601030101010 | 02 | SWG | SG | 7/1/10 | $0.00 | $0.00 | $0.00 |
| 0383601030101010 | 03 | SWG | SG | 7/1/10 | $0.00 | $0.00 | $0.00 |
| 0384193770101037 | 02 | CB | DO | 12/31/11 | $0.00 | $0.00 | $0.00 |
| 0384193770101037 | 03 | CB | DP | 12/31/11 | $0.00 | $0.00 | $0.00 |
| 0384334090101022 | 01 | FG | FG | 6/23/14 | $0.00 | $0.00 | $0.00 |
| 0384400310101025 | 01 | CB | CB | 2/1/13 | $0.00 | $0.00 | $0.00 |
| 0386265320101069 | 02 | SF | AD | 11/12/10 | $0.00 | $0.00 | $0.00 |
| 0386913030101040 | 03 | CS | OD | 10/4/11 | $0.00 | $0.00 | $0.00 |
| 0387911020101011 | 01 | AT | ART | 5/21/10 | $0.00 | $0.00 | $0.00 |
| 0388996020101052 | 01 | EY | EY | 12/17/11 | $0.00 | $0.00 | $0.00 |
| 0389947150101023 | 01 | RP | RP | 11/16/12 | $0.00 | $0.00 | $0.00 |
| 0390977090101038 | 03 | LGR | MG | 10/27/11 | $0.00 | $0.00 | $0.00 |
| 0392648390101089 | 01 | MD | MD | 4/10/15 | $365.00 | $0.00 | $0.00 |
| 0394156600101012 | 01 | MM | MRM | 10/14/10 | $0.00 | $0.00 | $0.00 |
| 0394156600101046 | 01 | MM | MM | 10/15/12 | $125.00 | $0.00 | $0.00 |
| 0394615780101027 | 01 | GM | GM | 6/18/13 | $0.00 | $0.00 | $0.00 |
| 0394615780101027 | 02 | GM | EM | 6/18/13 | $0.00 | $0.00 | $0.00 |
| 0395719400101166 | 01 | NW | NW | 5/19/12 | $0.00 | $0.00 | $0.00 |
| 0395719400101166 | 02 | NW | SG | 5/19/12 | $0.00 | $0.00 | $0.00 |
| 0395982220101010 | 01 | GP | GAP | 12/17/10 | $0.00 | $0.00 | $0.00 |
| 0395982220101010 | 02 | GP | RCP | 12/17/10 | $0.00 | $0.00 | $0.00 |
| 0397224400101017 | 02 | LC | GT | 6/26/12 | $0.00 | $0.00 | $0.00 |
| 0398072460101024 | 02 | AR | DM | 7/14/11 | $0.00 | $0.00 | $0.00 |

1

GEICO'S DAMAGES CHART - INVESTIGATION EXPENSES
EXHIBIT 3B

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | COST OF IME'S (EXPERT FEES) | COST OF INTERPRETERS | COST OF COURT REPORTERS / TRANSCRIPTIONS |
|---|---|---|---|---|---|---|---|
| 0398072460101024 | 03 | AR | AS | 7/14/11 | $0.00 | $0.00 | $0.00 |
| 0398072460101024 | 04 | AR | BR | 7/14/11 | $0.00 | $0.00 | $0.00 |
| 0401387860101019 | 01 | ME | ME | 5/15/11 | $350.00 | $0.00 | $0.00 |
| 0401387860101019 | 02 | ME | RJ | 5/15/11 | $350.00 | $0.00 | $0.00 |
| 0402243710101015 | 01 | UH | UH | 10/9/10 | $300.00 | $0.00 | $509.60 |
| 0405060690101022 | 02 | LCC | LMJ | 8/13/11 | $425.00 | $0.00 | $0.00 |
| 0407736700101015 | 01 | MB | MB | 9/29/11 | $345.00 | $0.00 | $0.00 |
| 0408369810101037 | 02 | MS | JFC | 5/3/15 | $579.85 | $0.00 | $0.00 |
| 0408369810101037 | 05 | MS | LP | 5/3/15 | $599.85 | $0.00 | $0.00 |
| 0408389730101016 | 02 | GA | ARJ | 2/7/11 | $365.00 | $0.00 | $0.00 |
| 0408389730101016 | 03 | GA | GO | 2/7/11 | $365.00 | $0.00 | $0.00 |
| 0408389730101016 | 04 | GA | LM | 2/7/11 | $365.00 | $0.00 | $0.00 |
| 0410072620101017 | 01 | VS | VS | 5/25/11 | $365.00 | $0.00 | $0.00 |
| 0410072620101116 | 01 | VS | VS | 10/11/14 | $0.00 | $0.00 | $0.00 |
| 0412222400101038 | 01 | MJ | MJ | 3/2/15 | $0.00 | $0.00 | $0.00 |
| 0412222400101038 | 02 | MJ | MH | 3/2/15 | $0.00 | $0.00 | $0.00 |
| 0412222400101038 | 03 | MJ | LJ | 3/2/15 | $0.00 | $0.00 | $0.00 |
| 0413901610101024 | 01 | SP | SP | 1/12/12 | $365.00 | $0.00 | $0.00 |
| 0415282640101054 | 01 | ED | ED | 11/10/15 | $0.00 | $0.00 | $0.00 |
| 0415462700101018 | 02 | RR | AHR | 5/5/11 | $0.00 | $0.00 | $0.00 |
| 0415462700101059 | 01 | RR | RR | 11/25/11 | $0.00 | $0.00 | $0.00 |
| 0415824800101026 | 03 | RB | RT | 6/9/11 | $365.00 | $0.00 | $0.00 |
| 0416010150101019 | 01 | LJ | LJ | 12/14/14 | $0.00 | $0.00 | $0.00 |
| 0416010150101019 | 03 | LJ | LJ | 12/14/14 | $0.00 | $0.00 | $0.00 |
| 0416010150101019 | 04 | LJ | RJ | 12/14/14 | $0.00 | $0.00 | $0.00 |
| 0416010150101019 | 05 | LJ | RJ | 12/14/14 | $0.00 | $0.00 | $0.00 |
| 0416010150101019 | 07 | LJ | LJ | 12/14/14 | $0.00 | $0.00 | $0.00 |
| 0419893790101011 | 01 | DE | DE | 1/13/12 | $0.00 | $0.00 | $0.00 |
| 0419893790101011 | 02 | DE | JB | 1/13/12 | $0.00 | $0.00 | $0.00 |
| 0420935130101016 | 01 | GJB | GJB | 6/3/11 | $0.00 | $0.00 | $0.00 |
| 0421840610101016 | 01 | MJ | MJ | 9/7/11 | $0.00 | $0.00 | $0.00 |
| 0423040290101026 | 02 | FFL | MC | 10/19/12 | $0.00 | $0.00 | $0.00 |
| 0423270820101010 | 01 | LJM | LJM | 1/23/12 | $0.00 | $0.00 | $0.00 |
| 0423760590101034 | 01 | ET | ET | 11/22/13 | $395.00 | $0.00 | $0.00 |
| 0425155320101024 | 02 | HD | KP | 7/7/14 | $995.00 | $0.00 | $0.00 |
| 0425155320101024 | 04 | HD | PP | 7/7/14 | $720.00 | $225.00 | $478.60 |
| 0429832250101069 | 07 | AB | RB | 2/7/14 | $365.00 | $0.00 | $0.00 |
| 0430077770101036 | 01 | RG | RG | 8/4/13 | $345.00 | $0.00 | $0.00 |
| 0430077770101036 | 02 | RG | CGC | 8/4/13 | $365.00 | $0.00 | $0.00 |
| 0430077770101036 | 07 | RG | MR | 8/4/13 | $345.00 | $0.00 | $0.00 |
| 0430077770101036 | 10 | RG | PG | 8/4/13 | $0.00 | $0.00 | $0.00 |
| 0431962470101015 | 03 | IJ | MJ | 12/9/14 | $375.00 | $0.00 | $0.00 |
| 0432475500101037 | 01 | LL | LL | 10/23/14 | $595.00 | $225.00 | $392.30 |

2

GEICO'S DAMAGES CHART - INVESTIGATION EXPENSES
EXHIBIT 3B

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | COST OF IME'S (EXPERT FEES) | COST OF INTERPRETERS | COST OF COURT REPORTERS / TRANSCRIPTIONS |
|---|---|---|---|---|---|---|---|
| 0433841500101013 | 01 | CJ | CJ | 9/8/15 | $0.00 | $0.00 | $0.00 |
| 0436802700101036 | 02 | MC | SWG | 8/8/15 | $0.00 | $0.00 | $0.00 |
| 0436802700101036 | 05 | MC | JG | 8/8/15 | $0.00 | $0.00 | $0.00 |
| 0439780290101037 | 01 | AA | AA | 11/27/13 | $0.00 | $0.00 | $0.00 |
| 0439780290101037 | 02 | AA | TP | 11/27/13 | $520.00 | $0.00 | $0.00 |
| 0442725290101037 | 02 | IL | RP | 5/9/14 | $425.00 | $0.00 | $0.00 |
| 0446015830101028 | 02 | MS | DC | 5/6/13 | $395.00 | $0.00 | $0.00 |
| 0446015830101051 | 02 | MS | DC | 4/23/14 | $0.00 | $0.00 | $0.00 |
| 0453525940101056 | 02 | AV | TV | 8/24/15 | $0.00 | $0.00 | $0.00 |
| 0457655460101032 | 01 | EP | EP | 6/16/14 | $0.00 | $0.00 | $0.00 |
| 0457655460101040 | 01 | EP | EP | 9/30/14 | $0.00 | $0.00 | $0.00 |
| 0460387900101035 | 02 | RB | JD | 10/3/14 | $0.00 | $0.00 | $0.00 |
| 0464583050101017 | 02 | ACM | YC | 1/4/14 | $345.00 | $0.00 | $0.00 |
| 0464583050101017 | 03 | ACM | PG | 1/4/14 | $345.00 | $0.00 | $0.00 |
| 0464583050101017 | 04 | ACM | MS | 1/4/14 | $345.00 | $0.00 | $0.00 |
| 0464690810101011 | 01 | SC | SC | 5/20/13 | $714.00 | $0.00 | $0.00 |
| 0465548730101058 | 01 | MB | MB | 7/23/13 | $0.00 | $0.00 | $0.00 |
| 0466417070101012 | 01 | JJ | JJ | 9/10/13 | $375.00 | $0.00 | $0.00 |
| 0466417070101012 | 02 | JJ | CJ | 9/10/13 | $500.00 | $0.00 | $0.00 |
| 0469332490101038 | 01 | KB | KB | 12/3/14 | $0.00 | $0.00 | $0.00 |
| 0469807890101050 | 01 | RS | RS | 1/13/15 | $0.00 | $0.00 | $0.00 |
| 0469807890101084 | 01 | RS | RS | 4/14/15 | $0.00 | $0.00 | $0.00 |
| 0469807890101084 | 02 | RS | GK | 4/14/15 | $365.00 | $0.00 | $0.00 |
| 0471353250101071 | 01 | EF | EF | 3/15/15 | $0.00 | $0.00 | $0.00 |
| 0472041240101017 | 01 | LM | LM | 12/2/13 | $250.00 | $0.00 | $0.00 |
| 0474064440101015 | 01 | DP | DP | 5/18/13 | $0.00 | $0.00 | $0.00 |
| 0474064440101015 | 02 | DP | FJ | 5/18/13 | $0.00 | $0.00 | $0.00 |
| 0475279400101024 | 01 | KC | KC | 9/13/13 | $0.00 | $0.00 | $0.00 |
| 0475472160101025 | 01 | PVR | PVR | 8/16/13 | $790.00 | $0.00 | $0.00 |
| 0475803110101014 | 01 | RL | RL | 3/21/15 | $0.00 | $0.00 | $0.00 |
| 0475803110101014 | 03 | RL | FE | 3/21/15 | $0.00 | $0.00 | $0.00 |
| 0475803110101014 | 04 | RL | JL | 3/21/15 | $0.00 | $0.00 | $0.00 |
| 0476346950101016 | 01 | RR | RR | 9/9/13 | $345.00 | $0.00 | $0.00 |
| 0477041200101028 | 02 | RJ | SR | 9/1/13 | $345.00 | $0.00 | $0.00 |
| 0483110030101011 | 04 | RB | LM | 5/1/14 | $0.00 | $0.00 | $0.00 |
| 0484615150101012 | 01 | JN | JN | 1/7/14 | $0.00 | $0.00 | $0.00 |
| 0485084120101017 | 04 | LSF | RSJ | 6/3/14 | $0.00 | $0.00 | $0.00 |
| 0486894440101029 | 03 | BFA | MS | 1/23/14 | $405.00 | $0.00 | $0.00 |
| 0487841940101016 | 01 | SN | SN | 11/22/14 | $0.00 | $0.00 | $0.00 |
| 0488131760101018; 0488131760101026 | 01 | RF | RF | 11/19/13; 11/21/13 | $0.00 | $0.00 | $433.25 |
| 0488131760101018; 0488131760101026 | 03 | RF | BB | 11/19/13; 11/21/13 | $0.00 | $0.00 | $231.15 |

3

GEICO'S DAMAGES CHART - INVESTIGATION EXPENSES
EXHIBIT 3B

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | COST OF IME'S (EXPERT FEES) | COST OF INTERPRETERS | COST OF COURT REPORTERS / TRANSCRIPTIONS |
|---|---|---|---|---|---|---|---|
| 0488131760101018; 0488131760101026 | 05 | RF | JBL | 11/19/13; 11/21/13 | $0.00 | $350.00 | $393.95 |
| 0488306690101011 | 02 | AB | LJ | 11/1/14 | $385.00 | $0.00 | $0.00 |
| 0489226240101015 | 02 | AH | LP | 11/4/14 | $365.00 | $0.00 | $0.00 |
| 0489285160101074 | 06 | KB | LM | 8/23/15 | $0.00 | $0.00 | $0.00 |
| 0489986520101015 | 01 | JA | JA | 2/28/14 | $0.00 | $0.00 | $0.00 |
| 0489986520101015 | 05 | JA | RA | 2/28/14 | $0.00 | $0.00 | $0.00 |
| 0489986520101015 | 06 | JA | RA | 2/28/14 | $0.00 | $0.00 | $0.00 |
| 0493628330101017 | 02 | AN | EA | 2/27/14 | $520.00 | $0.00 | $0.00 |
| 0494828930101032 | 02 | GW | KW | 5/19/15 | $0.00 | $0.00 | $0.00 |
| 0494828930101032 | 03 | GW | MA | 5/19/15 | $0.00 | $0.00 | $0.00 |
| 0496873240101015 | 04 | SW | RM | 5/11/14 | $40.00 | $0.00 | $0.00 |
| 0497776430101027 | 01 | EA | EA | 10/7/15 | $525.00 | $0.00 | $0.00 |
| 0497969740101015 | 02 | SF | RFS | 2/14/15 | $40.00 | $0.00 | $0.00 |
| 0498428820101014 | 01 | SB | SB | 9/20/14 | $125.00 | $0.00 | $0.00 |
| 0499766170101012 | 01 | JM | JM | 10/4/14 | $0.00 | $0.00 | $0.00 |
| 0501925360101028 | 01 | BL | BL | 2/19/15 | $0.00 | $0.00 | $0.00 |
| 0501925360101044 | 01 | BL | BL | 9/10/15 | $0.00 | $0.00 | $0.00 |
| 0501925360101044 | 02 | BL | EG | 9/10/15 | $595.00 | $0.00 | $0.00 |
| 0501973630101048 | 03 | JM | FJ | 2/10/15 | $20.00 | $0.00 | $0.00 |
| 0502790800101031 | 02 | RP | YS | 10/5/14 | $0.00 | $0.00 | $372.70 |
| 0505513010101022 | 01 | JP | JJP | 7/26/15 | $0.00 | $0.00 | $0.00 |
| 0506590080101024 | 01 | NG | NG | 9/30/14 | $0.00 | $0.00 | $0.00 |
| 0507804860101016 | 01 | FV | FV | 5/15/15 | $0.00 | $0.00 | $0.00 |
| 0509586890101011 | 01 | JG | JG | 12/12/14 | $0.00 | $0.00 | $0.00 |
| 0511399690101025 | 01 | RJ | RJ | 2/21/15 | $0.00 | $0.00 | $0.00 |
| 0511658800101021 | 01 | MR | MR | 12/14/14 | $0.00 | $0.00 | $0.00 |
| 0511658800101021 | 05 | MR | SR | 12/14/14 | $0.00 | $0.00 | $0.00 |
| 0513693300101013 | 02 | AM | XM | 1/8/15 | $0.00 | $330.00 | $485.10 |
| 0513693300101013 | 04 | AM | DJ | 1/8/15 | $0.00 | $0.00 | $309.00 |
| 0513778000101015 | 01 | CK | CK | 10/14/14 | $0.00 | $0.00 | $0.00 |
| 0514788520101030 | 01 | LE | LE | 7/28/15 | $0.00 | $0.00 | $0.00 |
| 0514788520101030 | 03 | LE | JD | 7/28/15 | $0.00 | $0.00 | $0.00 |
| 0514882650101025 | 01 | MS | MS | 6/15/15 | $595.00 | $0.00 | $0.00 |
| 0516050280101017 | 04 | FFL | JS | 5/30/15 | $0.00 | $0.00 | $666.70 |
| 0519022160101018 | 01 | BW | BW | 3/15/15 | $20.00 | $0.00 | $0.00 |
| 0519975090101020 | 03 | NC | SD | 11/8/15 | $0.00 | $0.00 | $0.00 |
| 0520222870101038 | 01 | CJ | CJ | 5/29/15 | $395.00 | $0.00 | $0.00 |
| 0523090160101019 | 01 | FR | FR | 1/25/15 | $385.00 | $0.00 | $0.00 |
| 0523090160101019 | 03 | FR | OG | 1/25/15 | $0.00 | $0.00 | $0.00 |
| 0523090160101019 | 04 | FR | EA | 1/25/15 | $385.00 | $0.00 | $0.00 |
| 0524004550101025 | 02 | NS | NDA | 10/13/15 | $0.00 | $0.00 | $165.00 |
| 0525035630101014 | 01 | LSF | SL | 4/7/15 | $0.00 | $0.00 | $446.62 |

GEICO'S DAMAGES CHART - INVESTIGATION EXPENSES
EXHIBIT 3B

| CLAIM NO. | IP | INSURED INITIALS | CLAIMANT INITIALS | DATE OF LOSS | COST OF IME'S (EXPERT FEES) | COST OF INTERPRETERS | COST OF COURT REPORTERS / TRANSCRIPTIONS |
|---|---|---|---|---|---|---|---|
| 0525162790101012 | 01 | BA | BA | 2/13/15 | $0.00 | $0.00 | $0.00 |
| 0525162790101012 | 02 | BA | BP | 2/13/15 | $0.00 | $0.00 | $0.00 |
| 0525162790101012 | 06 | BA | IP | 2/13/15 | $0.00 | $0.00 | $0.00 |
| 0525821350101015 | 01 | MF | MF | 6/15/15 | $0.00 | $270.00 | $539.30 |
| 0526996820101016 | 01 | NL | NL | 8/10/15 | $0.00 | $0.00 | $0.00 |
| 0526996820101016 | 05 | NL | TE | 8/10/15 | $0.00 | $0.00 | $0.00 |
| 0532795150101022 | 01 | RJ | RJ | 10/29/15 | $295.00 | $0.00 | $0.00 |
| 0537437870101017 | 02 | TN | TV | 7/2/15 | $0.00 | $155.00 | $281.90 |
| 0537437870101017 | 03 | TN | AT | 7/2/15 | $0.00 | $155.00 | $321.10 |
| | | | | | $23,911.70 | $1,900.00 | $6,771.97 |
| | | | | Claim Expense Total: | $32,583.67 | | |
| | | | | Additional GEICO SIU Investigative hours/cost: | $2,252.43 | | |
| | | | | GEICO'S cost for EUOs - paid amount: | $26,479.19 | | |
| | | | | TOTAL EXPENSES: | $61,315.29 | | |

5