# EXHIBIT NO. 17

01 09 15

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

GEICO INSURANCE
P.O. BOX 9515
FREDERICKSBURG VA 22403

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER [X] | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) | |
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 0468332490101036 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
B███ K███ B███

3. PATIENT'S BIRTH DATE  SEX: F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
B███ K███ B███

5. PATIENT'S ADDRESS (No., Street)
146 Belmont St 2

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
146 Belmont St 2

CITY: Malden   STATE: MA
ZIP CODE: 02148   TELEPHONE: ( )

8. RESERVED FOR NUCC USE

CITY: Malden   STATE: MA
ZIP CODE: 02148   TELEPHONE: ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
B███ K███ B███

a. OTHER INSURED'S POLICY OR GROUP NUMBER
946627907

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED HEALTHCARE

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous)  YES [ ]  NO [X]

b. AUTO ACCIDENT?  YES [X]  NO [ ]  PLACE (State) MA

c. OTHER ACCIDENT?  YES [ ]  NO [X]

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  SEX: F [X]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME
GEICO INSURANCE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [X]  NO [ ]
If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on File   DATE: _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 12 03 14   QUAL: 431

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM _____ TO _____

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM _____ TO _____

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES [ ]  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind: 9
A. 847.0   B. 847.2   C. 723.3   D. 724.3
E. 739.1   F. 739.2   G. 739.3   H. 739.4

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| # | 24.A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 22 14 | 12 22 14 | 11 | | 98941 | | A | 70 00 | 1 | | NPI | 1114937869 |
| 2 | 12 22 14 | 12 22 14 | 11 | | 97014 | | A | 50 00 | 1 | | NPI | 1114937869 |
| 3 | 12 22 14 | 12 22 14 | 11 | | 97010 | | A | 35 00 | 1 | | NPI | 1114937869 |
| 4 | 12 22 14 | 12 22 14 | 11 | | 97012 | | A | 75 00 | 1 | | NPI | 1114937869 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ]  EIN [X]

26. PATIENT'S ACCOUNT NO.
3146-33660-1/1

27. ACCEPT ASSIGNMENT?  YES [X]  NO [ ]

28. TOTAL CHARGE  $ 230 00

29. AMOUNT PAID  $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Brian Farrell DC
SIGNED: SOF   DATE: 01 02 15

32. SERVICE FACILITY LOCATION INFORMATION
(Malden) Barron Chiropractic
19 Pleasant Street
Malden MA 02148-5106
a. 1013927730

33. BILLING PROVIDER INFO & PH # ( 617 ) 298-6325
Barron Chiropractic & Rehab P
1820 Blue Hill Avenue
Mattapan MA 02126-1747
a. 1013927730

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

02 07 15

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

GEICO INSURANCE
P.O. BOX 9515
FREDERICKSBURG VA 22403

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S ID NUMBER: 0459332490101038 |
| 2. PATIENT'S NAME: B— K— B— | 3. PATIENT'S BIRTH DATE / SEX: F [X] |
| | 4. INSURED'S NAME: B— K— B— |
| 5. PATIENT'S ADDRESS: 146 Belmont St 2 | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| CITY: Malden   STATE: MA | 7. INSURED'S ADDRESS: 146 Belmont St 2 |
| ZIP CODE: 02148   TELEPHONE: ( ) | CITY: Malden   STATE: MA |
| | ZIP CODE: 02148   TELEPHONE: ( ) |
| 9. OTHER INSURED'S NAME: B— K— B— | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER: 948627907 | a. INSURED'S DATE OF BIRTH / SEX: F [X] |
| b. RESERVED FOR NUCC USE | 10a. EMPLOYMENT? NO [X] |
| | 10b. AUTO ACCIDENT? YES [X]   PLACE: MA |
| c. RESERVED FOR NUCC USE | 10c. OTHER ACCIDENT? NO [X] |
| | c. INSURANCE PLAN NAME OR PROGRAM NAME: GEICO INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME: UNITED HEALTHCARE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] |

12. PATIENT'S SIGNATURE: Signature on File
13. INSURED'S SIGNATURE: Signature on File

14. DATE OF CURRENT ILLNESS: 12 03 14   QUAL 431
21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind: 9
A. 847 0   B. 847 2   C. 723 3   D. 724 3
E. 739 1   F. 739 2   G. 739 3   H. 739 4

| # | DATE(S) OF SERVICE From / To | PLACE | EMG | CPT/HCPCS | MOD | DX PTR | $ CHARGES | DAYS | ID | RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 05 15 / 01 05 15 | 11 | | 98941 | | A | 70 00 | 1 | NPI | 1114937869 |
| 2 | 01 05 15 / 01 05 15 | 11 | | 97012 | | A | 75 00 | 1 | NPI | 1114937869 |

26. PATIENT'S ACCOUNT NO.: 3148-94501-1/1
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 146 00
29. AMOUNT PAID: $ 0 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Brian Farrell DC   SOF   02 02 15
32. SERVICE FACILITY LOCATION: (Malden) Barron Chiropracti, 13 Pleasant Street, Malden MA 02148-5106   a. 1013927730
33. BILLING PROVIDER INFO & PH #: (617) 2986325   Barron Chiropractic & Rehab P, 1320 Blue Hill Avenue, Mattapan MA 02146-1747   a. 1013927730

APPROVED OMB-0938-1197 FORM 1500 (02-12)